UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM REEL,
ADC #134015                                                                                    PLAINTIFF

V.                                    3:15CV00307 DPM/JTR

DEXTER, Jailer,
Crittenden County Detention Center, et al.                                      DEFENDANTS

### ORDER

Plaintiff, William Reel, is a prisoner in the Crittenden County Detention Center. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights.

The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v.*

*Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire,* 636 F.3d 976, 979 (8th Cir. 2011).

Plaintiff alleges that, on May 20, 2015, Defendants Dexter and Payne used excessive force against him and that *unspecified* jailors failed to provide him with adequate medical care for his injuries. *Doc. 2*. The Court needs further information to complete § 1915A screening.

Thus, Plaintiff must file, within thirty days of the entry of this Order, an Amended Complaint clarifying: (1) how he was injured during the May 20, 2015 altercation, what medical care he received for those injuries, how that care was constitutionally inadequate, the names of the individuals who failed to provide him with adequate medical care, and how *each* of those individuals failed to provide him with adequate medical care; (2) whether he was a pretrial detainee or convicted prisoner on May 20, 2015; (3) how Defendants Voudren, Coleman, Allen, Thomas, and Bonner were *each* personally involved in *each* constitutional violation; and (4) why he has named Defendants in both their individual and official capacities.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must, **within thirty days of the entry of this Order**, file an Amended Complaint containing the specified information.

      2.      Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 12th day of November, 2015.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE