IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM REEL,
ADC #134015                                                                   PLAINTIFFS

v.                             No. 3:15-cv-307-DPM

DEXTER, Officer/Jailer, CCDC; VOUDREN,
Jailer, CCDC; RONNIE COLEMAN, Jail
Administrator, CCDC; MIKE ALLEN, Sheriff,
CCDC; JEFF THOMAS, Jailer/Lieutenant, CCDC;
and TERESA BONNER, Chief Jailer, CCDC                                         DEFENDANTS

ORDER

Despite two extensions, Reel hasn't filed an amended complaint; and the time to do so has passed. № 5, 8 & 10. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2016