IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM REEL,
ADC #134015                                                                          PLAINTIFFS

v.                              No. 3:15-cv-307-DPM

DEXTER, Officer/Jailer, CCDC; VOUDREN,
Jailer, CCDC; RONNIE COLEMAN, Jail
Administrator, CCDC; MIKE ALLEN, Sheriff,
CCDC; JEFF THOMAS, Jailer/Lieutenant, CCDC;
and TERESA BONNER, Chief Jailer, CCDC                                               DEFENDANTS

JUDGMENT

Reel's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2016